16-cv-14386-JEM/Lynch

FILED by _PG_ D.C.

SEP 06 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

(1" from top of page, and centered,
begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

Cheryl Lynn Jossie
(Full Name of Plaintiff/s)   ,

      Plaintiff (s)

vs.  CVS Pharmacy
(Full Name of Defendant/s),

      Defendant(s).

_____/

# COMPLAINT

I, Cheryl Lynn Jossie, plaintiff, in the above styled cause, sue defendant(s):  CVS Pharmacy.

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): Federal Law; The Health Insurance Portability And Accountability Act of 1996 (HIPPA) Patients Rights Act, 1996, Privacy Act of 1974

Dated: Month, day, year

09/06/2016

Respectfully submitted,

Cheryl Lynn Jossie
Name of Filer
Attorney Bar Number (if aplicable)
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant [Party Name(s)]
  (if applicable)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:**_____

Cheryl Lynn Jossie
(Write the full name of the plaintiff)

vs. CVS Pharmacy
_____

_____

_____

_____
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I.  Party Information**

**A.** Plaintiff: Cheryl Lynn Jossie

Address: 2902 Avenue E. #B Fort Pierce, FL 34947

Inmate/Prison No.: NON-Applicable

*Year* of Birth: 1955 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: CVS Pharmacy    Defendant:_____

Official Position:_____  Official Position:_____

Place of Employment:_____  Place of Employment: 2220 South U.S. HWY 1
                                                       Ft. Pierce, FL 34950
(Write the full name of each defendant, official position and place of employment. Attach a
separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not idlude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1) ON July 15, 2016 A Friday evening I sought private care, for private reasons. I chose CVS it was close.

2) AN older pharmacy worker WAS ringing me out,

3) The younger Tech Melissa barged iN ANxiously to takeover. 4) What she did without my permission WAS to put everything on the world wide web. My cell flashed messages. I typed stop, that didN't help, More came, 4) I had to wait to call A Number the following week. It WAS just too late by then.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I would like the court to Absolve me for my impeuNiousNess And Accord me twenty five million dollars. (Twenty Five thousands, Thousands)

## IV. Jury Demand

Are you demanding a jury trial?  ✔ Yes  _____ No

Signed this ___6th___ day of ___Sept.___, 20_16_

_____ Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: ___6th day of Sept. 2016___

_____ Signature of Plaintiff

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

HAND Delivered)

Date: 09/06/2016

Signature of Filer Sossie

## SERVICE LIST

Party or Attorney Name  Cheryl L. Jossie
Attorney E–mail Address (if applicable)
Firm Name (if applicable)
Street Address  2902 Avenue E. #B
City, State, Zip Code  Ft. Pierce, Fl 34947
Telephone: (xxx)xxx–xxxx (305) 998-8536
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)

Party or Attorney Name  CVS Pharmacy
Attorney E–mail Address (if applicable)
Firm Name (if applicable)  CVS Pharmacy
Street Address  2220 South U.S. Hwy #1
City, State, Zip Code  Fort Pierce, FL 34950
Telephone: (xxx)xxx–xxxx (772) 464-0434
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)